# Exhibit 1

**Registration Number**

# SR 1-049-438

**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
December 14, 2025

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

|  |  |
|---|---|
| **Title of Work:** | I understood the assignment - nerdork |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | September 21, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

- | **Author:** | jimmy austin sowell |
  |---|---|
  | **Author Created:** | Sound Recording |
  | **Citizen of:** | United States |
  | **Year Born:** | 1988 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | jimmy austin sowell |
|  | 141 hendricks blv apt 3, chattanooga, TN, 37405, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | jimmy sowell |
| **Email:** | jimmysowell@aim.com |
| **Address:** | PO BOX 17002 |
|  | Chattanooga, TN 37415 United States |

## Certification

Page 1 of 2

| | |
|---|---|
| **Name:** | jimmy sowell |
| **Date**: | August 13, 2025 |

---

**Copyright Office notes:**    Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.