# Exhibit 2







30916-Outback IG Video 20250819, 12 26 21 PM



