## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CASE NO.: 8:26-cv-00666-WFJ-CPT

JIMMY AUSTIN SOWELL,

          Plaintiff,

v.

BLOOMIN' BRANDS, INC. and
OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

          Defendants.

---

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff JIMMY AUSTIN SOWELL ("Sowell") by and through his undersigned counsel, hereby moves this Honorable Court for an extension of time for Defendants to respond to Plaintiff's Complaint, and as grounds therefore states as follows:

1.    Sowell filed his Complaint on March 13, 2026 at ECF 1.

2.    Defendants BLOOMIN' BRANDS, INC. and OUTBACK STEAKHOUSE OF FLORIDA, LLC were served on March 19, 2026 (ECF 5, March 20, 2026); thereby, setting a deadline of April 9, 2026 for their response.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

3. The undersigned was contacted by counsel for Defendants on April 3, 2026 and requested a fourteen (14) day extension for Defendants to respond to Plaintiff's Complaint, up to and including April 23, 2026.

4. Good cause exists for this brief extension of time as counsel for Defendants recently underwent carpal tunnel surgery.

5. This is the parties' first request for extension of time for Defendants to respond to Plaintiff's Complaint, and this request is not made for delay.

6. The brief extension will prejudice neither party nor the Court. There are no hearings or deadlines currently set in this matter.

WHEREFORE, Plaintiff JIMMY AUSTIN SOWELL prays this Honorable Court for an extension of time for Defendants to respond to Plaintiff's Complaint, up to and including April 23, 2026, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: April 6, 2026                    Respectfully submitted,


                                        */s/  Joel B. Rothman*
                                        JOEL B. ROTHMAN
                                        Bar Number: 98220
                                        joel.rothman@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        21301 Powerline Road
                                        Suite 212
                                        Boca Raton, FL 33433
                                        561.404.4335 – Telephone

2
**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

561.404.4353 – Facsimile

*Counsel for Plaintiff Jimmy Austin Sowell*

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE