**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO.: 8:26-cv-00666-WFJ-CPT**

JIMMY AUSTIN SOWELL,

          Plaintiff,

v.

BLOOMIN' BRANDS, INC. and
OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

          Defendants.

---

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

PLEASE TAKE NOTICE THAT Pursuant to Local Rule 2.02(a), JOEL B. ROTHMAN, of SRIPLAW, P. A. will serve as Lead Counsel for Plaintiff JIMMY AUSTIN SOWELL, and will be the attorney responsible to the Court and the other parties for the conduct of the action, including scheduling.

Dated: April 9, 2026          Respectfully submitted,

          */s/  Joel B. Rothman*
          JOEL B. ROTHMAN
          Bar Number: 98220
          joel.rothman@sriplaw.com

          **SRIPLAW, P. A.**
          21301 Powerline Road
          Suite 212
          Boca Raton, FL 33433
          561.404.4335 – Telephone

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

561.404.4353 – Facsimile

*Counsel for Plaintiff Jimmy Austin Sowell*

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE