**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:26-cv-00666-WFJ-CPT**

JIMMY AUSTIN SOWELL,

           Plaintiff,

v.

BLOOMIN' BRANDS, INC. and
OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

           Defendants.

_____

**CONSENT SECOND MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff JIMMY AUSTIN SOWELL ("Sowell") by and through his undersigned counsel, hereby moves this Honorable Court for a second extension of time for Defendants to respond to Plaintiff's Complaint, and as grounds therefore states as follows:

1.    Sowell filed his Complaint on March 13, 2026, at ECF 1.

2.    Defendants BLOOMIN' BRANDS, INC. and OUTBACK STEAKHOUSE OF FLORIDA, LLC were served on March 19, 2026 (ECF 5, March 20, 2026); thereby, setting a deadline of April 9, 2026, for their response.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

3.     Sowell filed his Consent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint on April 6, 2026, at ECF 6, which this Court granted on April 7, 2026, at ECF 7, extending the deadline for Defendants to respond to Plaintiff's Complaint to April 23, 2026.

4.     The parties request a second extension of time, by thirty (30) days, up to and including May 25, 2026, to allow the parties to continue to explore resolution of this matter prior to Defendants' response being filed.

5.     This is the parties' second request for extension of time for Defendants to respond to Plaintiff's Complaint, and this request is not made for delay.

6.     The second brief extension will prejudice neither party nor the Court.  There are no hearings or deadlines currently set in this matter.

WHEREFORE, Plaintiff JIMMY AUSTIN SOWELL prays this Honorable Court for an extension of time for Defendants to respond to Plaintiff's Complaint, up to and including May 25, 2026, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: April 20, 2026                   Respectfully submitted,


                                        /s/  Joel B. Rothman
                                        JOEL B. ROTHMAN
                                        Bar Number: 98220
                                        joel.rothman@sriplaw.com

                                        **SRIPLAW, P. A.**

2
**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Jimmy Austin Sowell*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE